**E-Filed 9/13/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ELLIOT A. VICHES. | Case Number 5:08-cv-01300-JF<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

On May 5, 2008, Debtor Elliot A. Viches commenced the instant action by filing a motion for withdrawal of bankruptcy reference. No documents have been filed since that date. Accordingly, Debtor is directed to show cause, in writing and on or before October 8, 2010, why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED.

DATED: 9/13/2010

_____
JEREMY FOGEL
United States District Judge

Copies of this Order were served on the following persons:

Elliot A. Viches
1143 Stonylake Court
Sunnyvale, CA 94089

Eva Alexandra DeLateur
Devin Derham Burk Chapter 13 Trustee
PO Box 50013
San Jose, CA 95150-0013

Office of the U.S. Trustee/SJ
U.S. Federal Bld.
280 South First Street, #268
San Jose, CA 95113-3004

2

Case No. 5:08-cv-01300-JF
ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
(JFLC2)