**E-Filed 10/13/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: ELLIOT A. VICHES. | Case Number 5:08-cv-01300-JF<br><br>ORDER DISMISSING ACTION |

On September 13, 2010, the Court issued an Order to Show Cause why the action should not be dismissed for failure to prosecute. Debtor failed to respond by the time provided. Accordingly, the action is HEREBY DISMISSED for failure to prosecute.

IT IS SO ORDERED.

DATED: 10/13/2010

_____
JEREMY FOGEL
United States District Judge

1 | Copies of this Order were served on the following persons:

3 | Elliot A. Viches
1143 Stonylake Court
4 | Sunnyvale, CA 94089

5 | Eva Alexandra DeLateur
Devin Derham Burk Chapter 13 Trustee
6 | PO Box 50013
San Jose, CA 95150-0013

8 | Eva Alexandra DeLateur ctdocs@ch13sj.com

9 | Office of the U.S. Trustee/SJ
U.S. Federal Bld.
10 | 280 South First Street, #268
San Jose, CA 95113-3004

2

Case No. 5:08-cv-01300-JF
ORDER DISMISSING ACTION
(JFLC2)